PER CURIAM.
Affirmed. See and compare Smith v. Piezo Technology and Professional Administrators, 427 So.2d 182 (Fla.1983); Mosely v. DeMoya, 497 So.2d 696 (Fla. 3d DCA 1986); United of Omaha Life Insurance Company v. Nob Hill Associates, 450 So.2d 536 (Fla. 3d DCA 1984), cert denied, 458 So.2d 274 (Fla.1984); Winchester Corporation v. Miami Free Zone Corporation, 443 So.2d 1064 (Fla. 3d DCA 1984); Buckner v. Lower Florida Keys Hospital District, 403 So.2d 1025 (Fla. 3d DCA 1981); Ethyl Corp. v. Balter, 386 So.2d 1220 (Fla. 3d DCA 1980); cert. denied, 392 So.2d 1371 (Fla.1981); Catania v. Eastern Airlines, Inc., 381 So.2d 265 (Fla. 3d DCA 1980); Stringfellow v. Breidegam, 138 So.2d 75 (Fla. 3d DCA 1962); Copperweld Corporation v. Independence Tube Corporation, 467 U.S. 752, 104 S.Ct. 2731, 81 L.Ed.2d 628 (1984); Davis & Cox v. Summa Corporation, 751 F.2d 1507 (9th Cir.1985); Larry R. George Sales Company v. Cool Attic Corporation, 587 F.2d 266 (5th Cir.1979); Dumbrowski v. Dowling, 459 F.2d 190 (7th Cir.1972); Bryant Heating and Air Conditioning Corp. v. Carrier Corporation, 597 F.Supp. 1045 (S.D. Fla.1984); Ingram v. South Central Bell Telephone Company, 516 F.Supp. 65 (N.D. Miss.1980) Jewel Foliage Company v. Uniflora Overseas Florida, Inc., 497 F.Supp. 513 (M.D. Fla.1980); Section 542.32, Florida Statutes (1980 Supp.).